# EXHIBIT A

 NATIONAL LETTER of INTENT

## 2020-2021
Administered by the NCAA on behalf of the Collegiate Commissioners Association (CCA).

**Do not sign prior to 7 a.m. (local time) on the following dates or after the final signing date listed for each sport.**

| SPORT (Place an "X" on the proper line.) | INITIAL SIGNING DATE | FINAL SIGNING DATE |
|---|---|---|
| ___ Division I Basketball (Early Period) | November 13, 2019 | November 20, 2019 |
| ___ Division I Basketball (Regular Period) | April 15, 2020 | May 20, 2020 |
| ___ Division I Football (Early Period) | December 18, 2019 | December 20, 2019 |
| ___ Division I and II Football (Midyear JC Transfer) | December 18, 2019 | January 15, 2020 |
| ___ Division I and II Football (Regular Period) | February 5, 2020 | April 1, 2020 (Division I) August 1, 2020 (Division II) |
| _X_ All Other Division I and II Sports | November 13, 2019 | August 1, 2020 |

**IMPORTANT - READ CAREFULLY**

It is important to read this entire document before signing it. One copy is to be retained by you and the other copy is to be returned to the institution which will file a copy with the appropriate conference office. **It is permissible to transmit copies electronically.** The National Letter of Intent (NLI) is a voluntary program with regard to both institutions and prospective student-athletes. No prospective student-athlete or parent is required to sign the NLI for a prospective student-athlete to receive athletics aid and participate in intercollegiate athletics.

1. **Initial Enrollment in Four-Year Institution.** This NLI applies only to prospective student-athletes who will be entering four-year institutions for the first time as full-time students. It is permissible for 4-2-4 transfer student-athletes to sign the NLI provided a previous valid NLI does not apply. The terms of the previous NLI are satisfied if a student-athlete graduates from the two-year college.

2. **Financial Aid Requirement.** At the time I sign this NLI, I must receive a written offer of athletics financial aid for the entire 2020-21 academic year from the institution named in this document. The offer must list the terms, conditions and amount of the athletics aid award. (A midyear football two-year college transfer student-athlete must receive a written offer of athletics financial aid for the remainder of the 2019-20 academic year. If the institution does not renew the athletics aid for the following academic year, the student-athlete must be released of the NLI). In order for this NLI to be valid, my parent/legal guardian and I must sign the NLI and I must also sign the offer of athletics aid (see institutional policy for parent/legal guardian signature) prior to submission to the institution named in this document, and any other stated conditions must also be met. If the conditions stated on the financial aid offer are not met, this NLI shall be declared null and void.

   - **Professional Sports Contract.** If I sign a professional sports contract in the sport in which I signed the NLI, I remain bound by the NLI in all other sports, even if NCAA rules prohibit the institution named in this document from providing me with athletics financial aid for the sport in which I signed the NLI.

3. **Provisions of Letter Satisfied.**

   a. **One-Year Attendance Requirement.** The terms of this NLI shall be satisfied if I attend the institution named in this document for one academic year (two semesters or three quarters) as a full-time student.

   b. **Two-Year College Graduation.** After signing this NLI while in high school and if I later attend a two-year college, the terms of this NLI will be satisfied if I graduate from the two-year college.

4. **Basic Penalty.** I understand that if I do not attend the institution named in this document for one full academic year and I enroll in another institution participating in the NLI program, I may not compete in intercollegiate athletics until I have completed one full academic year in residence at the latter institution. Further, I understand I shall be charged with the loss of one season of intercollegiate athletics competition in all sports. This is in addition to any seasons of competition used at any institution.

5. **Early Signing Period Penalties.** Prospective student-athletes who will participate in football are prohibited from signing an NLI prior to the initial signing date for Division I or II football. A prospective student-athlete who signs an NLI in a sport other than football prior to the initial signing date for Division I or II football will be ineligible for competition in football during the first year of enrollment at an NLI member institution and shall forfeit one season of competition in football. In circumstances where a prospective student-athlete's primary sport is not football, but anticipates participating in football, the prospective student-athlete should delay signing an NLI until the initial signing date for Division I or II football.

6. **Release Request and Appeal Process.** In the event I wish to be released from my NLI obligation, the NLI release request and appeal process information can be reviewed on the NLI Web site at www.national-letter.org. I understand that the NLI Policy and Review Committee has been authorized to issue interpretations, settle disputes and consider appeals for complete release from the provisions of the NLI when extenuating circumstances are determined to exist and the signing institution denies my request for release. I further understand the Committee's decision may be appealed to the NLI Appeals Committee, whose decision shall be final and binding.

7. **Letter Becomes Null and Void.** This NLI shall be declared null and void if any of the following occur:

   a. **Admissions Requirement.** This NLI shall be declared null and void if the institution named in this document notifies me in writing that I have been denied admission or, by the opening day of classes in fall 2020, has failed to provide me with written notice of admission, provided I have submitted a complete admission application. It is my obligation to provide, by request, my academic records and an application for admission to the signing institution. If I fail to submit the necessary academic credentials and/or application to determine an admission decision prior to September 1, the NLI office per its review with the institution will determine the status of the NLI.
   If I am eligible for admission, but the institution named in this document defers my admission to a subsequent term, the NLI will be declared null and void; however, this NLI remains binding if I defer my admission.

   b. **Eligibility Requirements.** This NLI shall be declared null and void if, by the opening day of classes in fall 2020, I have not met NCAA initial eligibility requirements; NCAA, conference or institution's requirements for athletics financial aid; or two-year college transfer requirements, provided I have submitted all necessary documents for eligibility determination.

      (1) This NLI shall be rendered null and void if I become a nonqualifier per the NCAA Eligibility Center. This NLI remains valid if I am a partial qualifier per NCAA Division II rules unless I do not meet the institution's policies for receipt of athletics aid.

      (2) It is my obligation to register with and provide information to the NCAA Eligibility Center. If I fail to submit the necessary documentation for an initial-eligibility decision and have not attended classes at the signing institution, the NLI office per its review with the institution will determine the status of the NLI.

      (3) This NLI shall be rendered null and void if I am a midyear football two-year college transfer and I fail to graduate from two-year college at midyear, if required per NCAA, conference or institutional rules. The NLI remains binding for the following fall term if I graduated, was eligible for admission and financial aid and met the two-year college transfer requirements for competition for the winter or spring term, but chose to delay my admission.

   c. **One-Year Absence.** This NLI shall be declared null and void if I have not attended any institution (two-year or four-year) for at least one academic year, provided my request for athletics financial aid for a subsequent fall term is denied by the signing institution. *Service in active duty with the U.S. armed forces or an official church mission for at least 12 months can use the One-Year Absence to null and void the NLI.* I may still apply this provision if I initially enrolled in an NLI member institution but have been absent for at least one academic year. To apply this provision, I must file with the appropriate conference office a statement from the director of athletics that such athletics financial aid will not be available for the requested fall term.

   d. **Discontinued Sport.** This NLI shall be declared null and void if the institution named in the document discontinues my sport.

   e. **Recruiting Rules Violation.** If eligibility reinstatement by the NCAA student-athlete reinstatement staff is necessary due to NCAA and/or conference recruiting rules violations, the institution must notify me that I have an option to have the NLI declared null and void due to the rules violation. It is my decision to have the NLI remain valid or to have the NLI declared null and void, permitting me to be recruited and not be subject to NLI penalties.

8. **Recruiting Ban After Signing.** I understand all participating conferences and institutions are obligated to respect my signing and shall cease contact with me and my family members after my signing this NLI which includes me and my family members not initiating contact with athletic staffs at other institutions. Any contact in excess of an exchange of a greeting is not permitted regardless of the conversation. The conversation does not have to result in recruiting discussion for a recruiting ban violation to occur. I shall notify any coach who contacts me that I have signed an NLI. Once I enroll in the institution named in this document, the NLI Recruiting Ban is no longer in effect and I shall be governed by applicable NCAA bylaws or if I submit an NLI release request, the NLI Recruiting Ban is no longer in effect.

9. **7-Day Signing Deadline.** If my parent/legal guardian and I do not sign this NLI and accompanying offer of athletics aid within 7 days after the date of issuance (noted on the signing page) it will be invalid. The 7-day signing deadline does not apply if the NLI is received on the last day of a signing period (e.g., August 1). In this case, the 7-day signing deadline only applies if there are 7 days remaining for the signing period. Additionally, the institution must file the NLI with its conference office within 14 days of the date of final signature; otherwise, the NLI is invalid. The 7-day signing deadline does not apply to the Division I football early signing period.

10. **Statute of Limitations.** I am subject to the NLI penalty if I do not fulfill the agreement; however, if I do not attend an NLI member institution to fulfill the agreement or penalty and four years has elapsed since my signing date, the NLI is no longer binding. Therefore, this NLI is in full force and effect for a period of four years, commencing with the date I sign this NLI, if I do not attend an NLI member institution during the period of four years.

11. **Coaching Changes.** I understand I have signed this NLI with the institution and not for a particular sport or coach. If a coach leaves the institution or the sports program (e.g., not retained, resigns), I remain bound by the provisions of this NLI. I understand it is not uncommon for a coach to leave his or her coaching position.

12. **Coaching Contact Prohibited at Time of Signing.** A coach or an institutional representative may not hand deliver this NLI off the institution's campus or be present off campus at the time I sign the NLI per NCAA rules. This NLI may be delivered by courier service, express or regular mail, email, fax, app or any other electronic means. An NLI submitted to an institution electronically is permissible.

It is important to read more information about the NLI at www.national-letter.org.



# NATIONAL LETTER of INTENT

2020-2021

**Name of Prospective Student-Athlete** _____
Last                               First                        Middle Initial

**Permanent Address** _____
City            State           Postal Code            Country

**Prospective Student-Athlete's NCAA ID** _____  **Date of Birth** _____
*(must be registered with the NCAA Eligibility Center and on the Institutional Request List)*

Submission of this NLI has been authorized by:

**SIGNED** _____*Jon McDermott*_____            _____
Director of Athletics (or designee)              Date Issued to Prospective Student-Athlete

_____**BASEBALL**_____
Sport

**For Institutional Use Only:**
Two-year college transfer ☐
Two-year college expected graduation date _____
(if required to graduate)

This is to certify my decision to enroll at _____**University of San Francisco**_____
Name of Institution

---

I certify that I have read all terms and conditions included in this document. I have discussed them with the coach and/or other staff representatives of the institution named above, and I fully understand, accept and agree to be bound by them. I understand that signing this NLI is voluntary and I am not required to sign the NLI to receive athletics aid and participate in intercollegiate athletics. Additionally, I give my consent to the signing institution, to disclose to authorized representatives of its athletics conference, the NCAA and the NLI Office any documents or information pertaining to my NLI signing. Further, I give my consent to the NLI Office to disclose my name and personally identifiable information from my education records to a third party (including but not limited to the media) as necessary to correct any inaccuracies reported by the media or related to my NLI signing, without such disclosure constituting a violation of my rights, including my rights under the Family Educational Rights and Privacy Act.

If I falsify any part of this NLI, or if I have knowledge that my parent or legal guardian falsified any part of this NLI, I understand I shall forfeit the first year of my athletics competition at any NLI member institution.

My signature on this NLI nullifies any agreements, oral or otherwise, which would release me from the conditions stated within this NLI.

---

**SIGNED** _____          _____     Time (Designate - A.M./P.M.) _____
Prospective Student-Athlete Signature         Signing Date (Mth/Day/Yr)     *Do not sign prior to 7:00 a.m. (local time) on the initial signing date.*

Parent/ legal guardian signature required if prospective student-athlete has not reached his or her 21st birthday.

**SIGNED** _____          _____     Time (Designate - A.M./P.M.) _____
(Check one) ☐ Parent or ☐ Legal Guardian Signature     Signing Date (Mth/Day/Yr)   *Do not sign prior to 7:00 a.m. (local time) on the initial signing date.*

_____   _____   _____
Print Name of Parent/Legal Guardian   Telephone Number (including area code)   Email Address

Copyright @ National Letter of Intent



Rev. 10/01/2019