UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Refund of Filing Fees. [Dkt. 7.] The Court, being duly advised, hereby **GRANTS** the motion. The Clerk is **ORDERED** to refund $804.00 (Receipt Nos. AINSDC-7564576 and AINSDC-7564583 [Dkts. 7-1 & 7-2]) to the payor, Lynn A. Toops, at the address listed below.

>    COHEN & MALAD, LLP
>    One Indiana Square, Suite 1400
>    Indianapolis, IN 46204

SO ORDERED.

Dated:  11 APR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

Finance Deputy