# EXHIBIT A

## Certification of Kathleen Foley
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice, filed on my behalf by Andrea Roberts Pierson of the law firm Faegre Drinker Biddle & Reath, LLP, and pursuant to S. D. Ind. Local Rule 83-6(b); the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Court | Date of Admission | Good Standing |
|---|---|---|
| California | 12/09/2019 | Yes |
| U.S. Court of Appeals for the Second Circuit | 11/01/2021 | Yes |
| U.S. Court of Appeals for the Third Circuit | 05/18/2023 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 11/01/2021 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 11/19/2021 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 11/23/2021 | Yes |
| U.S. Supreme Court | 04/26/2023 | Yes |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: <u>May 25, 2023</u>

                                      Respectfully submitted,

                                      */s/ Kathleen Foley*
                                      Kathleen Foley
                                      Munger, Tolles & Olson LLP
                                      601 Massachusetts Ave NW, Ste 500E
                                      Washington, D.C. 20001
                                      Tel: (202) 220-1137
                                      Fax: (202) 220-2300
                                      Email: kathleen.foley@mto.com