UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION TO STAY DISCOVERY**

This matter comes before the Court on Defendant's Motion to Stay Discovery. [Dkt. 44.] The motion requests the Court to stay all discovery in this matter pending the resolution of Defendant's anticipated motion to dismiss Plaintiffs' First Amended Complaint. [*Id.*] Filing a motion to dismiss does not automatically stay discovery, and the Court is not required to grant a motion to stay discovery pending a ruling on a motion to dismiss. *See, e.g.*, *New England Carpenters*, 2013 WL 690613, at *3. Although such stays are sometimes granted, *id.*, a party has no right to a stay, and the party seeking a stay bears the burden of proving that the Court should exercise its discretion in staying discovery in this case. *Ind. State Police Pension Trust v. Chrysler LLC,* 556 U.S. 960, 961 (2009). Defendant has not carried this burden. The Court does not typically stay discovery during the pendency of motions to dismiss, and the Court sees no

reason to do so in this case. Accordingly, Defendant's motion [Dkt. 44] is **DENIED**. This matter will proceed pursuant to the approved Case Management Order to be separately entered by the Court.

SO ORDERED.

Dated: 5 JUL 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.