UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

In light of the filing of the Amended Complaint, [Dkt. 41], Defendant's motion to dismiss the original Complaint, [Dkt. 30], and related motion for oral argument, [Dkt. 33], are **DENIED AS MOOT**.

SO ORDERED.

Dated:  8 AUG 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.