UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:23-cv-00542-SEB-MJD<br><br><br>Judge:   Hon. Sarah Evans Barker |

## JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's Scheduling Order (ECF No. 51), Plaintiffs John Does 1-14

("Plaintiffs") and the National Collegiate Athletic Association ("Defendant" or "NCAA")

(collectively, "the Parties"), by counsel, respectfully submit this Joint Report on the Status of

Discovery in advance of the August 23, 2023 telephonic status conference (ECF No. 46):

1.      *A detailed description of all discovery completed to date.*

**Parties' Statement:**  Both Parties served their Initial Disclosures on July 14, 2023.

Plaintiffs filed their Preliminary Witness and Exhibit Lists on July 21, 2023.  Defendant filed its

Preliminary Witness and Exhibit Lists on July 28, 2023.

2.      *A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.*

**Parties' Statement:**  On August 1, 2023, Plaintiffs served their First Set of Requests for

Production on the NCAA, which are due on August 31, 2023.  Counsel responsible for

-1-

completing such discovery requests are Carolyn Hoecker Luedtke, Hailyn Chen, Ariel Teshuva, Kathleen Foley, Andrea Pierson, and Nicholas Alford.

On August 18, 2023, the NCAA served its First Set of Requests for Production on Plaintiffs, which are due on September 17, 2023.  The NCAA proposed in serving its requests that all responses to pending requests for production for Plaintiffs and Defendant voluntarily be held in abeyance pending resolution of the motion to strike and motion to dismiss when there may be further clarity regarding the scope, if any, of claims that remain in the litigation. Plaintiffs reject that proposal.  Counsel responsible for completing such discovery requests are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan.

No other discovery is presently scheduled.

3.      *A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.*

**Parties' Statement:**  On July 5, 2023, this Court denied the NCAA's motion to stay discovery (ECF No. 47), and accordingly, discovery is proceeding.

4.      *A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.*

**Parties' Statement:**  As set out above, Plaintiffs intend to respond to the NCAA's First Set of Requests for Production (which are due on September 17, 2023).  Within the next 28 days, Plaintiffs also intend to serve a First Set of Interrogatories.  The attorneys responsible for completing such discovery are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan.

Also set out above, the NCAA's responses to Plaintiffs' First Set of Requests for Production are due on August 31, 2023, and the attorneys responsible for completing such

2837514.3

discovery are Carolyn Hoecker Luedtke, Hailyn Chen, Ariel Teshuva, Kathleen Foley, Andrea Pierson, and Nicholas Alford.

> 5.   *A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.*

**Parties' Statement:**  The Parties anticipate completing discovery according to the schedule set forth in the Court's Case Management Order (ECF No. 50), and specifically:

> All discovery relating to class certification issues, including class certification expert witness discovery, shall be completed by **May 29, 2024**. All discovery relating to liability issues, including liability expert witness discovery, shall be completed by **August 16, 2024**. All remaining discovery shall be completed by **January 17, 2025**.

**Plaintiffs:** Discovery in this case has just begun.  Plaintiffs will review the documents produced by the NCAA, and address any deficiencies and serve any follow-up requests as necessary.  Plaintiffs will also serve interrogatories within the next 28-days, and requests for admissions, if appropriate.  Plaintiffs will also seek third-party discovery from entities such as the University of San Francisco.  Plaintiffs will begin scheduling depositions after substantial document and data production have been provided.  The attorneys responsible for completing such discovery are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan.

**The NCAA:**  Discovery in this case has just begun and the contours of Plaintiffs' claims remain unclear given the pending motion to dismiss and motion to strike.  The NCAA served requests for production and proposed that all requests be held in abeyance pending the motion's resolution, but Plaintiffs did not agree.  Therefore, the NCAA will review Plaintiffs' responses to the pending requests for production, assess any deficiencies, and consider what discovery should proceed and when given the uncertainty of the scope of any claims that will remain pending after ruling on the motion.

6.      Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any delays in the completion of discovery in this matter.

**Parties' Statement:** The Parties do not presently have any discovery issues that require the Court's attention.

DATED: August 21, 2023          By:      /s/ Carolyn Hoecker Luedtke

Carolyn Hoecker Luedtke (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077
Email:   Carolyn.Luedtke@mto.com

Hailyn J. Chen (*pro hac vice*)
Ariel T. Teshuva (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702
Email:   Hailyn.Chen@mto.com
             Ariel.Teshuva@mto.com

Kathleen Foley (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave NW, Ste. 850
Washington, District of Columbia 20001-5369
Telephone:      (202) 220-1137
Facsimile:      (202) 220-2300
Email:   Kathleen.Foley@mto.com
Andrea Roberts Pierson
Nicholas B. Alford
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:      (317) 237-1424
Facsimile:      (317) 237-1000
Email:   andrea.pierson@faegredrinker.com
             nicholas.alford@faegredrinker.com

*Attorneys for Defendant The National Collegiate Athletic Association*

2837514.3

DATED: Augsut 21, 2023          By:          /s/ *Jonathan D. Selbin*
_____

Jonathan D. Selbin (*pro hac vice*)
jselbin@lchb.com
Jessica A. Moldovan (*pro hac vice*)
jmoldovan@lchb.com
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9508

Michelle A. Lamy (*pro hac vice*)
mlamy@lchb.com
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elizabeth A. Fegan (*pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

Lynn A. Ellenberger (*pro hac vice*)
lynn@feganscott.com
FEGAN SCOTT LLC
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (312) 264-0100

Lynn A. Toops, No. 26386-49
ltoops@cohenandmalad.com
Arend J. Abel, No. 10763-49
aabel@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593

*Attorneys for Plaintiffs and the Proposed Class*

2837514.3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system.  Parties may access this filing through the Court's system.

<u>/s/  Jonathan D. Selbin</u>