UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:23-cv-00542-SEB-MJD<br><br>Judge:   Hon. Sarah Evans Barker |

# FIRST SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's Scheduling Order (ECF No. 51), Plaintiffs John Does 1-14 ("Plaintiffs") and the National Collegiate Athletic Association ("Defendant" or "NCAA") (collectively, "the Parties"), by counsel, respectfully submit this First Supplemental Joint Report on the Status of Discovery in advance of the September 20, 2023 telephonic status conference (ECF No. 71):

    1.    *A detailed description of all discovery completed within the preceding 28 days.*

**Parties' Statement:** On August 31, 2023, the NCAA responded to Plaintiffs' First Set of Requests for Production of Documents. On today's date (September 18, 2023), Plaintiffs will serve their Responses to NCAA's First Set of Requests for Production of Documents.

  *2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.*

  **Parties' Statement:** The Parties are presently negotiating a protocol for the production of electronically-stored information ("ESI"). Counsel responsible for such negotiations on behalf of the NCAA are Carolyn Hoecker Luedtke, Hailyn Chen, Ariel Teshuva, Kathleen Foley, Andrea Pierson, and Nicholas Alford, and on behalf of Plaintiffs are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan.

  *3. A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.*

  **Parties' Statement:** None presently.

  *4. A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.*

  **Parties' Statement:** Plaintiffs are preparing a discovery deficiency letter to be served on the NCAA regarding its responses to Plaintiffs' First Set of Requests for Production of Documents, to be followed with a meet and confer. Counsel responsible for the above are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan. Defendant NCAA will review that discovery letter when it is received and will meet and confer in good faith thereafter. Counsel responsible for the above will be Carolyn Hoecker Luedtke, Hailyn Chen, Ariel Teshuva, Kathleen Foley, Andrea Pierson, and Nicholas Alford.

  *5. A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.*

  **Parties' Statement:** The Parties anticipate completing discovery according to the schedule set forth in the Court's Case Management Order (ECF No. 50), and specifically:

-3-

All discovery relating to class certification issues, including class certification expert witness discovery, shall be completed by **May 29, 2024**. All discovery relating to liability issues, including liability expert witness discovery, shall be completed by **August 16, 2024**. All remaining discovery shall be completed by **January 17, 2025**.

**Plaintiffs:** Discovery in this case has just begun. In addition to evaluating whether additional written discovery requests are appropriate, Plaintiffs will seek third-party discovery from entities such as the University of San Francisco. Plaintiffs will begin scheduling depositions after substantial document and data production have been provided. The attorneys responsible for completing such discovery are Elizabeth Fegan, Lynn Ellenberger, Jonathan Selbin, Michelle Lamy, and Jessica Moldovan.

**The NCAA:** Discovery in this case has just begun and the NCAA's motion to dismiss and motion to strike are fully briefed and pending. The NCAA served requests for production and proposed that all requests be held in abeyance pending the motion's resolution, but Plaintiffs did not agree. Therefore, the NCAA will review Plaintiffs' responses to the pending requests for production, assess any deficiencies, and consider what discovery it will press forward on now prior to receiving a ruling on the motion.

6. *Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any delays in the completion of discovery in this matter.*

**Parties' Statement:** The Parties do not presently have any discovery issues that require the Court's attention.

DATED: September 18, 2023  By:  */s/ Carolyn Hoecker Luedtke*

Carolyn Hoecker Luedtke (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email:    Carolyn.Luedtke@mto.com

Hailyn J. Chen (*pro hac vice*)
Ariel T. Teshuva (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email:    Hailyn.Chen@mto.com
          Ariel.Teshuva@mto.com

Kathleen Foley (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave NW, Ste. 850
Washington, District of Columbia 20001-5369
Telephone:    (202) 220-1137
Facsimile:    (202) 220-2300
Email:    Kathleen.Foley@mto.com

Andrea Roberts Pierson
Nicholas B. Alford
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:    (317) 237-1424
Facsimile:    (317) 237-1000
Email:    andrea.pierson@faegredrinker.com
          nicholas.alford@faegredrinker.com

*Attorneys for Defendant The National Collegiate Athletic Association*

DATED: September 18, 2023      By:      /s/ *Elizabeth A. Fegan*

>Elizabeth A. Fegan (pro hac vice)
>beth@feganscott.com
>FEGAN SCOTT LLC
>150 S. Wacker Drive, 24th Floor
>Chicago, IL 60606
>Telephone: (312) 741-1019
>Facsimile: (312) 264-0100
>
>Lynn A. Ellenberger (pro hac vice)
>lynn@feganscott.com
>FEGAN SCOTT LLC
>500 Grant Street, Suite 2900
>Pittsburgh, PA 15219
>Telephone: (412) 346-4104
>Facsimile: (312) 264-0100
>
>Jonathan D. Selbin (*pro hac vice*)
>jselbin@lchb.com
>Jessica A. Moldovan (*pro hac vice*)
>jmoldovan@lchb.com
>LIEFF CABRASER HEIMANN
> & BERNSTEIN, LLP
>250 Hudson Street
>New York, NY 10013
>Telephone: (212) 355-9500
>Facsimile: (212) 355-9508
>
>Michelle A. Lamy (*pro hac vice*)
>mlamy@lchb.com
>LIEFF CABRASER HEIMANN
> & BERNSTEIN, LLP
>275 Battery Street, 29th Floor
>San Francisco, CA 94111
>Telephone: (415) 956-1000
>Facsimile: (415) 956-1008
>
>Lynn A. Toops, No. 26386-49
>ltoops@cohenandmalad.com
>Arend J. Abel, No. 10763-49
>aabel@cohenandmalad.com
>COHEN & MALAD, LLP
>One Indiana Square, Suite 1400
>Indianapolis, IN 46204
>Telephone: (317) 636-6481
>Facsimile: (317) 636-2593
>
>*Attorneys for Plaintiffs and the Proposed Class*

-6-

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system.  Parties may access this filing through the Court's system.

                                  */s/  Elizabeth A. Fegan*