UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR DECEMBER 13, 2023**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery. The parties are hereafter relieved of the obligation set forth in Local Rule 37-1(a) to request a telephonic conference with the Magistrate Judge prior to filing a motion to compel or motion for protective order; however, the parties should still immediately contact the Magistrate Judge in the event any discovery dispute arises during the course of a deposition. All other requirements of Local Rule 37-1 remain in effect.

This matter is set for an **in-person** Status/Discovery Conference on **Wednesday, January 10, 2024 at 10:15 a.m. (Eastern) in Room 277**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore. The purpose of the conference is to address all pending discovery disputes, and to discuss the parties' next Supplemental Joint Report on the Status of Discovery, which is due January 8, 2024. Each party shall be represented

at the conference by the counsel who intend to present this case at trial, as well as any other counsel or representatives required to resolve any of the parties' pending discovery disputes.

The parties must satisfy their meet-and-confer requirements regarding all discovery disputes as required by Local Rule 37-1. *See Loparex, LLC v. MPI Release Tech., LLC*, No. 1:09-CV-1411-JMS-TAB, 2011 WL 1871167, at *5 (S.D. Ind. May 16, 2011) (holding that "the local rule contemplates an actual meeting with a date, time, and place—whether by telephone, videoconference, or (if counsel's location permits) preferably face-to-face"). Therefore, to the extent necessary to satisfy their meet-and-confer requirements, counsel for the parties are ordered to conduct a proper meet-and-confer regarding their dispute on or before **10:00 a.m. (Eastern) on January 9, 2024**.

On or before **1:00 p.m. (Eastern) on January 9, 2023**, the parties are to email the Court at MJDinsmore@insd.uscourts.gov, with a copy to each other, a brief outline of all pending disputes, their respective positions on the issue(s), the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.

SO ORDERED.

Dated:  14 DEC 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.