UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JANUARY 10, 2024**
**STATUS AND DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an in person Status and Discovery Conference. The parties discussed the status of and future plans for discovery. Both Plaintiffs and Defendant plan to file motions to compel by no later than January 16, 2024.

This matter is set for an **in-person** Status/Discovery Conference on **Thursday, February 8, 2024 at 1:00 p.m. (Eastern) in Courtroom 270**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore. The purpose of the conference is to address all pending discovery disputes, and to discuss the parties' next Supplemental Joint Report on the Status of Discovery, which is due February 5, 2024. Each party shall be represented at the conference by the counsel who intend to present this case at trial, as well as any other counsel or representatives required to resolve any of the parties' pending discovery disputes.

The parties must satisfy their meet-and-confer requirements regarding all discovery disputes as required by Local Rule 37-1. *See Loparex, LLC v. MPI Release Tech., LLC*, No. 1:09-CV-1411-JMS-TAB, 2011 WL 1871167, at *5 (S.D. Ind. May 16, 2011) (holding that "the local rule contemplates an actual meeting with a date, time, and place—whether by telephone, videoconference, or (if counsel's location permits) preferably face-to-face"). Therefore, to the extent necessary to satisfy their meet-and-confer requirements, counsel for the parties are ordered to conduct a proper meet-and-confer regarding any pending disputes at or before **11:00 a.m. (Eastern) on February 6, 2024**.

At or before **3:00 p.m. (Eastern) on February 6, 2023**, the parties are to email the Court at MJDinsmore@insd.uscourts.gov, with a copy to each other, a brief outline of all pending disputes, their respective positions on the issue(s), the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.

SO ORDERED.

Dated: 12 JAN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.