## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:23-CV-00542-SEB-MJD |
| v. | **DECLARATION OF JESSICA A. MOLDOVAN IN SUPPORT OF MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS GENERATED DURING THE RELEVANT TIME PERIOD** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

I, Jessica A. Moldovan, declare under penalty of perjury as follows:

1.      I am an attorney at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), counsel for Plaintiffs John Does 1-14 ("Plaintiffs") and the proposed Class. I make this declaration in support of Plaintiffs' Motion to Compel Defendant's Production of Documents Generated During the Relevant Time Period and Memorandum in Support Thereof. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Set of Requests for Production ("RFPs") of Documents to Defendant National Collegiate Athletic Association, served on August 1, 2023.

3.      Attached hereto as Exhibit B is a true and correct copy of Defendant's Response to Plaintiffs' First Set of RFPs, served on August 31, 2023.

4.      Attached hereto as Exhibit C is a true and correct copy of a letter from Jessica Moldovan to Carolyn Luedtke, dated November 6, 2023.

5.      Attached hereto as Exhibit D is a true and correct copy of an email from Jessica Moldovan to Ariel Teshuva, dated December 4, 2023.

6.      Attached hereto as Exhibit E is a true and correct copy of a letter from Carolyn Luedtke to Plaintiffs' counsel, dated December 5, 2023.

7.      Attached hereto as Exhibit F is a true and correct copy of an email from Ariel Teshuva to Paige Smith, dated December 11, 2023.

8.      Attached hereto as Exhibit G is a true and correct copy of an email from Ariel Teshuva to Michelle Lamy, dated January 5, 2024.

9.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 16, 2024 in New York, New York.


                                        */s/ Jessica A. Moldovan*
                                        Jessica A. Moldovan

2