UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**SCHEDULING ORDER
HEARING
HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Plaintiffs' Motion to Postpone February 15, 2024 Settlement Conference or, Alternatively, to Excuse Plaintiffs from In-Person Attendance.  [Dkt. 101.]  Defendant shall file any response to the motion on or before **January 31, 2024**.  Plaintiffs shall file any rely in support of the motion on or before **February 5, 2024**.

The motion will come before the Court for a Hearing on **Thursday, February 8, 2024, at 1:00 p.m. (Eastern), in Courtroom 270**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, to be held in conjunction with the other hearings and the in-person Status/Discovery Conference scheduled for the **same date and time**. The parties shall attend the hearing by their respective counsel of record.

SO ORDERED.

Dated:  25 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.