UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00542-SEB-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR FEBRUARY 8, 2024
HEARING AND STATUS & DISCOVERY CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person by counsel for a hearing on Plaintiffs' Motion to Compel Defendant's Production of Documents Generated During the Relevant Time Period [Dkt. 94] and Defendant's Motion to Compel Production of Plaintiffs' Social-Media Feeds and Associated Information [Dkt. 97]. Argument was heard, and the Court will address both motions by separate orders.

Also before the Court was Plaintiffs' Motion to Postpone February 15, 2024 Settlement Conference or, Alternatively, to Excuse Plaintiffs from In-Person Attendance. [Dkt. 101.] Following discussion on that motion, the Court hereby **VACATES** the February 15, 2024 Settlement Conference. [Dkt. 46.] The Court will reset this matter for a telephonic settlement conference by separate order.

Due to the anticipated scope of discovery in this matter, the Court hereby increases the limitation on interrogatories set forth in Fed. R. Civ. P. 33(a)(1) to 100, and the limitation on requests for admissions set forth in Local Rule 36-1 to 100.

Following hearing on the motions, the Court conducted a status conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, March 6, 2024 at 2:00 p.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due March 4, 2024. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  8 FEB 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.