UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00542-SEB-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In granting Plaintiffs leave to proceed using pseudonyms in this case, the Court relied on a standard that was expressly rejected in a recent opinion of the Seventh Circuit Court of Appeals. *See Doe v. Trustees of Indiana Univ.*, 2024 WL 1824967, at *4 (7th Cir. Apr. 26, 2024). In that case, the Seventh Circuit adopted a stringent standard for permitting a party to proceed anonymously. *Id.* (finding abuse of discretion to permit litigant "to conceal his name without finding that he is a minor, is at risk of physical harm, or faces improper retaliation (that is, private responses unjustified by the facts as determined in court)"); *cf. Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997) ("[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses."). **Within 14 days of the date of this Order**, Plaintiffs shall file a motion to continue to proceed anonymously in which they explain how permitting them to do so is in accordance with Seventh Circuit law. Before filing the motion, Plaintiffs shall ascertain

whether Defendants wish to file an objection to it. If not, that shall be noted in the motion. If so, the motion shall be briefed pursuant to Local Rule 7-1(c)(3).

    SO ORDERED.

Dated: 3 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.