UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00542-SEB-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR JUNE 17, 2024
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties jointly requested several changes to the case schedule, to which the Court agreed as follows:

1. The Court's April 8, 2024 Order on Defendant's Motion to Compel [Dkt. 160] is modified only to the extent that the certifications required to be filed by June 7, 2024 [*see Id.* at 4, 6] shall now be filed by no later than **July 8, 2024**. All other requirements of the Court's April 8, 2024 Order on Defendant's Motion to Compel [Dkt. 160] remain in effect.

2. Paragraph II(D) of the approved Case Management Order as amended [Dkts. 50 & 149] is hereby further amended as follows:

    D. Plaintiffs shall file any motion for class or conditional certification on or before **June 14, 2024**; any response to a motion for class or conditional certification shall be filed on or before **July 2, 2024**; and any reply in

    support of a motion for class or conditional certification shall be filed on or before **July 16, 2024**.

All other requirements of the approved Case Management Order as amended [Dkts. 50 & 149] remain in effect.[1]

3. The January 2, 2025 telephonic settlement conference is hereby **CONTINUED** to **9:00 a.m. (Eastern) on Thursday, January 9, 2025**. Counsel for the parties **shall immediately notify their clients and any other necessary participants of the date of the settlement conference**, and any request to vacate or continue the settlement conference must be made by motion filed with the Court on or before **June 20, 2024**, except in exigent circumstances. These motions will be granted only for good cause. All other requirements of the Court's order scheduling the settlement conference [Dkt. 113] remain in effect.

SO ORDERED.

Dated: 17 JUN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

---

[1] The Court and parties discussed two other proposed changes to the case schedule, but it became clear that those changes were not fully agreed. The Court will be prepared to discuss those proposed changes further during the next status conference, which is scheduled on June 27, 2024. [Dkt. 234.]