UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00542-SEB-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JUNE 27, 2024**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery, as well as the parties' proposed modifications to the case schedule. With the agreement of the parties, the approved Case Management Order as amended [Dkts. 50, 149, & 263] is hereby further amended as follows:

**I. Pretrial Pleadings and Disclosures**

F. Plaintiff(s) shall disclose the name, address, and vita of any expert witness with regard to class certification issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **April 29, 2024**. Defendant(s) shall disclose the name, address, and vita of any expert witness with regard to class certification issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **May 29, 2024**. Plaintiff(s) shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **June 7, 2024**. Defendant(s) shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **October 11, 2024**. Plaintiff(s) shall disclose the name, address, and vita of any expert witness with regard to damages,

and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **October 4, 2024**. Defendant(s) shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **November 4, 2024**.

### II. Discovery and Dispositive Motions

A. On or before **November 12, 2024**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. A party's failure to file a timely statement of claims or defenses may result in the waiver of the party's claims or defenses. A party's failure to include in the party's statement of claims or defenses a claim or defense upon which the filing party has the burden of proof may result in the waiver of the omitted claim or defense.

B. All discovery relating to class certification issues, including class certification expert witness discovery, shall be completed by **June 28, 2024**. All discovery relating to liability issues, including liability expert witness discovery, shall be completed by **November 12, 2024**. All remaining discovery shall be completed by **January 17, 2025**.

C. Defendant shall file any dispositive motion on or before **November 13, 2024**; Plaintiffs shall respond to Defendant's dispositive motion, and shall include any cross-dispositive motion, on or before **December 11, 2024**; Defendant shall respond to Plaintiff's cross-dispositive motion, and shall include any reply in support of Defendant's dispositive motion, on or before **January 9, 2025**; Plaintiffs shall file any reply in support of their cross-dispositive motion on or before **January 23, 2025**.

### III. Trial Date

This matter will be ready for trial in or after **August, 2025**. The trial is by **jury** and is anticipated to take **7-10 days**.

All other requirements of the approved Case Management Order as amended [Dkts. 50, 149, & 263] remain in effect.

On or before **July 11, 2024**, the parties shall file a joint motion to continue the trial of this matter to in or after August, 2025.

Following a discussion with the parties, Defendant was authorized to file a motion to enlarge the number of depositions that may be taken in this matter if the parties are unable to resolve their dispute with regard thereto.

This matter is scheduled for a telephonic status conference on **Thursday, July 25, 2024 at 12:00 p.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due July 23, 2024. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 27 JUN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.