UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00542-SEB-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court ordered the parties to show cause why certain motions should not be denied, without prejudice to refiling, as appropriate, in the event that Plaintiffs are able to successfully replead some or all of their claims. [Dkt. 271.] No response was filed to the show cause order by the deadline set forth therein. Accordingly, each of the following motions is **DENIED**, without prejudice to refiling, as appropriate, in the event Plaintiffs are able to successfully replead some or all of their claims:

- Objection to February 15, 2024[,] Order Regarding Production of Private Messages [Dkt. 118]

- Motion to Temporarily Stay Enforcement of February 15, 2024[,] Order Regarding Production of Private Messages [Dkt. 119]

- Plaintiffs' Motion to Compel Defendant's Production of Documents Responsive to Plaintiffs' First Set of Requests for Production Nos. 6-8 and 32 for the Entire Relevant Time Period [Dkt. 148]

- Plaintiffs' Motion for a Protective Order Precluding Discovery of Plaintiffs' and Non-Parties' Sexually-Explicit Images and Conversations [Dkt. 168]

- Plaintiffs' Motion to Challenge Sufficiency of Defendant's Responses to Requests for Admission [Dkt. 203]

- Motion to Compel Additional Custodians for Plaintiffs' First Set of Requests for Production Nos. 4, 6-8, and 32 [Dkt. 213]

- Plaintiffs' Motion for Class Certification [Dkt. 254]

SO ORDERED.

Dated: 18 JUL 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.