UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00542-SEB-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION TO RECONSIDER**

This matter is before the Court on Defendant's Motion to Reconsider the Unsealing of Dkt. 211-8. [Dkt. 269.] For the reasons set forth below, the motion is **GRANTED.**

**I.  Discussion**

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht, 622 F.3d 697, 701 (7th Cir. 2010)*. This long-standing presumption of public access may be rebutted only under certain circumstances. *Goesel v. Boley Int'l (H.K.) Ltd., 738 F.3d 831, 832 (7th Cir. 2013)*. Still, "very few categories of documents are kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 547 (7th Cir. 2002)*. A party may therefore only file a document under seal if it has "good cause" to do so. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999)*. In the Southern District of Indiana, the filing of documents under seal is governed by Local Rule 5-11.

On May 14, 2024, Defendant filed a motion to seal, seeking to maintain Dkt. 211-8 under seal. [Dkt. 210.] The Court denied that motion because Defendant improperly redacted virtually the entire document. *See* [Dkt. 262.] Defendant now moves for the Court to reconsider the sealing of Dkt. 211-8. [Dkt. 269.] An appropriately redacted version of the document is attached to Defendant's motion, at Dkt. 269-1. The Court finds that there is good cause for sealing the redacted portions of that document, and accordingly, Defendant's Motion to Reconsider is **GRANTED. The Clerk shall permanently seal Dkt. 211-8.**

SO ORDERED.

Dated: 6 AUG 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.