UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00542-SEB-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

On July 2, 2024, the Court dismissed Plaintiffs' complaint without prejudice, instructing them that if they elected to proceed with this litigation, they "must file an amended pleading within forty (40) days …. or final judgment will be entered, and the case dismissed with prejudice." Dkt. 270 at 52.  That deadline has now passed, and Plaintiffs have not filed an amended complaint.  Accordingly, Plaintiffs' claims for injunctive relief are dismissed without prejudice for lack of standing and all remaining claims are dismissed with prejudice.  Final judgment shall now be entered.

    IT IS SO ORDERED.

Date:  10/4/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Arend J. Abel
COHEN & MALAD LLP
aabel@cohenandmalad.com

Nicholas Blake Alford
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Nicholas.Alford@faegredrinker.com

Hailyn Jennifer Chen
Munger, Tolles & Olson LLP
hailyn.chen@mto.com

Kristina Ann Coleman
UNITED STATES DISTRICT COURT (Indianapolis)
kristina.coleman@faegredrinker.com

Wesley P. DeVoll
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue
50th Floor
Los Angeles, CA 90071-3426

Bianca M. Eddy
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
bianca.eddy@faegredrinker.com

Lynn A. Ellenberger
Fegan Scott LLC
lynn@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT, LLC
beth@feganscott.com

Michelle A. Lamy
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
mlamy@lchb.com

Carolyn Hoecker Luedtke
MUNGER, TOLLES & OLSON LLP
carolyn.luedtke@mto.com

Jessica A. Moldovan
Lieff Cabraser Heimann & Bernstein, LLP
jmoldovan@lchb.com

Alice McKenzie Morical
Faegre Drinker Biddle & Reath LLP
alice.morical@faegredrinker.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jonathan David Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
jselbin@lchb.com

Ariel Tal Teshuva
Munger, Tolles & Olson LLP
ariel.teshuva@mto.com

Lynn A. Toops
COHEN & MALAD LLP
ltoops@cohenandmalad.com

Michael von Klemperer
Fegan Scott LLC
mike@feganscott.com