UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00542-SEB-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT. Plaintiffs' claims for injunctive relief are dismissed without prejudice for lack of standing and all other claims are dismissed with prejudice.

Date:  10/4/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

1

Distribution:

Arend J. Abel
COHEN & MALAD LLP
aabel@cohenandmalad.com

Nicholas Blake Alford
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Nicholas.Alford@faegredrinker.com

Hailyn Jennifer Chen
Munger, Tolles & Olson LLP
hailyn.chen@mto.com

Kristina Ann Coleman
UNITED STATES DISTRICT COURT (Indianapolis)
kristina.coleman@faegredrinker.com

Wesley P. DeVoll
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue
50th Floor
Los Angeles, CA 90071-3426

Bianca M. Eddy
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
bianca.eddy@faegredrinker.com

Lynn A. Ellenberger
Fegan Scott LLC
lynn@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT, LLC
beth@feganscott.com

Michelle A. Lamy
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
mlamy@lchb.com

Carolyn Hoecker Luedtke
MUNGER, TOLLES & OLSON LLP
carolyn.luedtke@mto.com

Jessica A. Moldovan
Lieff Cabraser Heimann & Bernstein, LLP
jmoldovan@lchb.com

Alice McKenzie Morical
Faegre Drinker Biddle & Reath LLP
alice.morical@faegredrinker.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jonathan David Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
jselbin@lchb.com

Ariel Tal Teshuva
Munger, Tolles & Olson LLP
ariel.teshuva@mto.com

Lynn A. Toops
COHEN & MALAD LLP
ltoops@cohenandmalad.com

Michael von Klemperer
Fegan Scott LLC
mike@feganscott.com