# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

November 4, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-2993<br><br>Caption:<br>JOHN DOE 1, et al.,<br>       Plaintiffs - Appellants<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>       Defendant - Appellee |
| District Court No: 1:23-cv-00542-SEB-MJD<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge Sarah Evans Barker<br><br>Date NOA filed in District Court: 11/01/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)